JaVonne M. Phillips, Esq. SBN 187474
Kristin A. Zilberstein, Esq. SBN 200041
**McCarthy & Holthus, LLP**
1770 Fourth Avenue
San Diego, CA 92101
Phone (877) 369-6122
Fax (619) 685-4811

Attorneys for JPMorgan Chase Bank, National Association, its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>Carole Jean Gurrola<br>Jerry Anthony Gurrola,<br><br>       Debtors. | Case No. 14-10992 J<br><br>Chapter 13<br><br>**CERTIFICATE OF SERVICE OF ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY**<br><br>Date: 9/8/2016<br>Time: 9:00 AM<br>Place: 99 South E Street<br>       Santa Rosa, CA<br><br>Judge: Alan Jaroslovsky |

1

File No. CA-14-102252
Certificate of Service, Case No. 14-10992 J

Case: 14-10992    Doc# 55    Filed: 09/09/16    Entered: 09/09/16 11:20:20    Page 1 of 2

# CERTIFICATE OF SERVICE

On 9/9/2016, I served the foregoing **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by electronic means through the Court's ECF program

| US TRUSTEE | DEBTOR(S) COUNSEL | TRUSTEE |
|---|---|---|
| USTPRegion17.SF.ECF@usdoj.gov | Craig A. Burnett cburnett@nomoredebt.com | David Burchard TESTECF@burchardtrustee.com |

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

/s/ Ramona Maruntelu
Ramona Maruntelu

On 9/9/2016, I served the foregoing **ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY** on the following individuals by depositing true copies thereof in the United States mail at San Diego, California, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR(S)
Carole Jean Gurrola, 4059 Sacramento Ave., Santa Rosa, CA 95405

Jerry Anthony Gurrola, 4059 Sacramento Ave., Santa Rosa, CA 95405

DEBTOR(S) COUNSEL
Craig A. Burnett, Law Offices of Craig A. Burnett, 537 4th St. #A, Santa Rosa, CA 95401

TRUSTEE
David Burchard, P.O. Box 8059, Foster City, CA 94404

OTHER LIEN HOLDER(S)
Bank Of America, P.O. Box 982234, El Paso, TX 79998

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Dated: 9/9/2016     /s/ Hue Banh
Hue Banh

2

File No. CA-14-102252
Certificate of Service, Case No. 14-10992 J
Case: 14-10992   Doc# 55   Filed: 09/09/16   Entered: 09/09/16 11:20:20   Page 2 of 2